# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00049-CV

**Irwin Pentland, Appellant**

**v.**

**Stacey Denise Pentland, Appellee**

### FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-18-000929, THE HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Irwin Pentland has filed a motion to reconsider our September 13, 2019 judgment dismissing his appeal for want of jurisdiction. Having determined that appellant's motion has merit and that we have jurisdiction over his appeal, we grant appellant's motion to reconsider, withdraw our prior opinion and judgment dated September 13, 2019, and reinstate appellant's appeal.

It is ordered on October 17, 2019.

Before Justices Goodwin, Baker, and Kelly